IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CBW BANK,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 24-CV-2535 |

### JOINT MOTION FOR ENTRY OF A STIPULATED SCHEDULING ORDER

Plaintiff CBW Bank ("CBW") and defendants Federal Deposit Insurance Corporation, Jennifer Whang, in her official capacity, and Scott Maravilla, in his official capacity ("Defendants"), hereby submit to the Court this Joint Motion for Entry of a Stipulated Scheduling Order, which would further the parties' goals of efficiently and expeditiously obtaining resolution of this case:

- Defendants' response to CBW's motion for preliminary injunction and motion to dismiss due by **December 20, 2024**
- CBW's Reply and Response to Defendants Motion to Dismiss due by **January 15, 2025**
- Defendants' reply due by **January 31, 2025**

Respectfully submitted,

FEDERAL DEPOSIT INSURANCE CORPORATION
Andrew Dober
Senior Counsel

/s/ Erik Bond
Erik Bond N.Y. Bar Reg. 4316030
District of Kansas Bar No. 79224
Counsel
Dominique Park, WSBA Bar No. 38925
District of Kansas Bar No. 79196
Senior Attorney
3501 Fairfax Drive
Arlington, VA 22226-3500
Tel.: (703) 562-6477
Fax: (703) 562-2477
Email: erbond@fdic.gov
Email: dompark@fdic.gov

**CBW Bank**

**BERKOWITZ OLIVER LLP**

/s/ Anthony J. Durone
Anthony J. Durone (KS Bar # 17492)
Carson M. Hinderks (KS Bar # 25079)
2600 Grand Boulevard, Suite 1200
Kansas City, MO  64108
Telephone: 816.561.7007
Fax:  816.561.1888
adurone@berkowitzoliver.com
chinderks@berkowitzoliver.com

**MORGAN LEWIS & BOCKIUS LLP**

Allen H. Denson (pro hac vice forthcoming)
D.C. Bar No.: 999210
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004-2541
allen.denson@morganlewis.com
Tel: (202) 739-3000
Fax: (202) 739-3001

Daniel B. Tehrani (pro hac vice forthcoming)
N.Y. Bar No.: 4422945
101 Park Ave
New York, NY 10178-0060
daniel.tehrani@morganlewis.com
Tel: (212) 309-6150
Fax: (212) 309-6001

Catherine L. Eschbach (pro hac vice forthcoming)
TX Bar No.: 24097665
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5006
catherine.eschbach@morganlewis.com
Tel: (713) 890-5719
Fax: (713) 890-5001
Attorneys for CBW Bank

DATED: December 2, 2024