# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CBW BANK,**<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION,** *et al.*,<br><br>Defendants. | Case No.: 24-CV-2535 |

## ENTRY OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Federal Deposit Insurance Corporation, Jennifer Whang, and C. Scott Maravilla

Date: December 3, 2024

                                           FEDERAL DEPOSIT INSURANCE CORPORATION
                                           Andrew J. Dober
                                           Senior Counsel

                                           /s/ Dominique J. Park
                                           Dominique J. Park, WSBA Bar No. 38925
                                           District of Kansas Bar No. 79196
                                           Senior Attorney
                                           3501 Fairfax Drive
                                           Arlington, VA 22226-3500
                                           Tel.: (703) 562-6477
                                           Fax: (703) 562-2477
                                           Email: dompark@fdic.gov