UNITED STATES DISTRICT COURT
FOR DISTRICT OF KANSAS

| | |
|---|---|
| **CBW BANK,** a Kansas State Chartered Bank**,**<br><br>     **Plaintiff,**<br><br>                    **v.**<br><br>The **FEDERAL DEPOSIT INSURANCE CORPORATION**; **JENNIFER WHANG**, in her official capacity as an ALJ of OFIA; and **C. SCOTT MARAVILLA**, in his official capacity as an ALJ of OFIA,<br><br>     **Defendants.** | Case No. 2:24-cv-02535 |

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information, and belief:

1. My full name is: Daniel B. Tehrani

2. I practice under the following firm name or letterhead:

    Name:    Morgan Lewis & Bockius LLP

    Address:   101 Park Ave.
                       New York, New York 10178-0060

    Telephone Number:    (212) 309-6150

    Fax:    (212) 309-6001

    Email address:    daniel.tehrani@morganlewis.com

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| Southern District of New York | December 2007 | 4422945 |
| Eastern District of New York | January 2008 | 4422945 |
| Second Circuit Court of Appeals | April 28, 2011 | 4422945 |

1

| **Court** | **Date of Admission** | **Bar Number** |
|---|---|---|
| Eleventh Circuit Court of Appeals | August 8, 2006 | 4422945 |
| | | |
| | | |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory, or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive system-generated notices of electronic filing.

Signed under penalty of perjury in accordance with 28 U.S.C. 1746 and served in accordance with D. Kan. Rule 5.1.

_____
Daniel B. Tehrani

2