UNITED STATES DISTRICT COURT
FOR DISTRICT OF KANSAS

| | |
|---|---|
| **CBW BANK,** a Kansas State Chartered Bank,<br><br>    **Plaintiff,**<br><br>    v.<br><br>The **FEDERAL DEPOSIT INSURANCE CORPORATION; JENNIFER WHANG,** in her official capacity as an ALJ of OFIA; and **C. SCOTT MARAVILLA,** in his official capacity as an ALJ of OFIA,<br><br>    **Defendants.** | Case No. 2:24-cv-02535 |

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information, and belief:

1. My full name is:   Allen H. Denson

2. I practice under the following firm name or letterhead:

   Name:   Morgan Lewis & Bockius LLP

   Address:   1111 Pennsylvania Avenue, N.W.
   Washington, DC 20004-2541

   Telephone Number:   (202) 739-3000

   Fax:   (202) 739-3001

   Email address:   allen.denson@morganlewis.com

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| U.S. Court of Appeals, District of Columbia Circuit | February 7, 2011 | 999210 |
| U.S. District Court, Eastern District of Michigan | December 15, 2016 | N/A |

1

| Court | Date of Admission | Bar Number |
|---|---|---|
| US. Court of Appeals, Ninth Circuit | September 8, 2016 | 637933 |
| U.S. District Court, Middle District of Alabama | December 4, 2017 | N/A |
| U.S. Court of Appeals, Seventh Circuit | September 6, 2019 | N/A |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory, or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive system-generated notices of electronic filing.

Signed under penalty of perjury in accordance with 28 U.S.C. 1746 and served in accordance with D. Kan. Rule 5.1.

Allen H. Denson

2