UNITED STATES DISTRICT COURT
FOR DISTRICT OF KANSAS

| | |
|---|---|
| **CBW BANK,** a Kansas State Chartered Bank**,**<br><br>**Plaintiff,**<br><br>v.<br><br>The **FEDERAL DEPOSIT INSURANCE CORPORATION**; **JENNIFER WHANG**, in her official capacity as an ALJ of OFIA; and **C. SCOTT MARAVILLA**, in his official capacity as an ALJ of OFIA,<br><br>**Defendants.** | Case No. 2:24-cv-02535 |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4, I move that Catherine L. Eschbach be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I also have verified that the information contained in the affidavit is true and accurate.

2

Dated: December 4, 2024        Respectfully submitted,

**BERKOWITZ OLIVER LLP**

*/s/ Anthony J. Durone*
Anthony J. Durone (KS Bar # 17492)
Carson M. Hinderks (KS Bar # 25079)
2600 Grand Boulevard, Suite 1200
Kansas City, MO  64108
Telephone: 816.561.7007
Fax:  816.561.1888
adurone@berkowitzoliver.com
chinderks@berkowitzoliver.com

*Attorneys for CBW Bank*

### CERTIFICATE OF SERVICE

I certify that on December 4, 2024, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Anthony J. Durone*
*Attorney for CBW Bank*