IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CBW BANK,**<br><br>　　　　　　　　　　**Plaintiff**,<br><br>v.<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,**<br><br>　　　　　　　　　　**Defendants**. | Case No. 24-2535-DDC-BGS |

## SCHEDULING ORDER

The parties filed a Joint Motion for Entry of a Stipulated Scheduling Order (Doc. 3), setting forth proposed deadlines for briefing on plaintiff's Motion for a Preliminary Injunction (Doc. 2) and defendants' anticipated Motion to Dismiss. The court grants the Joint Motion (Doc. 3) and adopts the parties' proposed schedule, as specified in the table below.

| SCHEDULE OF DEADLINES | |
|---|---|
| **Event** | **Deadline** |
| Defendants' Response to plaintiff's Motion for Preliminary Injunction (Doc. 2) | December 20, 2024 |
| Defendants' anticipated Motion to Dismiss | December 20, 2024 |
| Plaintiff's Reply to Motion for Preliminary Injunction (Doc. 2) | January 15, 2025 |
| Plaintiff's Response to defendants' anticipated Motion to Dismiss | January 15, 2025 |
| Defendants' Reply to anticipated Motion to Dismiss | January 31, 2025 |

2

**IT IS THEREFORE ORDERED BY THE COURT THAT** the parties' Joint Motion for Entry of a Stipulated Scheduling Order (Doc. 3) is granted.  The court adopts the parties' proposed deadlines, as outlined in the table above.

**IT IS SO ORDERED.**

**Dated this 4th day of December, 2024, at Kansas City, Kansas.**

s/ Daniel D. Crabtree
**Daniel D. Crabtree**
**United States District Judge**
