IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CBW BANK,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION,** *et al.*,<br><br>**Defendants.** | Case No.: 24-CV-2535-DDC |

### DEFENDANTS' MOTION TO EXCEED PAGE LIMITS

Defendants Federal Deposit Insurance Corporation ("FDIC"), Jennifer Whang, in her official capacity as ALJ, and C. Scott Maravilla, in his official capacity as ALJ (collectively "Defendants"), move under Local Rule 7.1(d) for an order for leave to file a 20-page response to Plaintiff's motion for a preliminary injunction and a motion to dismiss. Rule 7.1(d)(3). Good cause supports this modest expansion:

1. Defendants' response and motion to dismiss are due on or before **December 20, 2024**, and this motion is timely. ECF 8; Rule 7.1(d). As opposed to making two separate filings, Defendants intend to file one brief.

2. Here plaintiff CBW Bank ("CBW") seeks to enjoin an ongoing FDIC administrative enforcement proceeding concerning anti-money laundering compliance, which this Court lacks subject matter jurisdiction to adjudicate. 12 U.S.C. § 1818(i)(1) ("no court shall have jurisdiction to affect by injunction or otherwise" an FDIC enforcement proceeding).

3. The 5-page limit expansion that Defendants ask for will allow space to show both that 12 U.S.C. § 1818(i)(1) strips this Court of subject matter jurisdiction, and that the

constitutional claims CBW alleges (jury trial right, and challenge to ALJ protection against removal) are not actionable. *Henry v. OTS*, 43 F.3d 507, 512-13 (10th Cir. 1994); *Ponte v. FDIC*, 673 F. Supp. 3d 145 (D.R.I. 2023) (no subject matter jurisdiction to issue relief affecting FDIC enforcement case); *Ponte v. FDIC*, 24-cv-2379 (APM), 2024 WL 4730602, *8 (D.D.C. Oct. 11, 2024) (denying request to enjoin enforcement proceeding based on Seventh Amendment challenge); *Bonan v. FDIC*, 23-cv-8 (HEA), 2023 WL 156852, at *4 (E.D. Mo. Jan. 11, 2023) (same); *see also Leachco, Inc. v. Consumer Product Safety Comm.*, 103 F.4th 748, 764 (10th Cir. 2024) (removal protections for ALJs do not violate the Constitution).

    Respectfully submitted,

    FEDERAL DEPOSIT INSURANCE CORPORATION
    Andrew Dober
    Senior Counsel

    /s/ Erik Bond
    Erik Bond N.Y. Bar Reg. 4316030
    District of Kansas Bar No. 79224
    Counsel
    Dominique Park, WSBA Bar No. 38925
    District of Kansas Bar No. 79196
    Senior Attorney
    3501 Fairfax Drive
    Arlington, VA 22226-3500
    Tel.: (703) 562-6477
    Fax: (703) 562-2477
    Email: erbond@fdic.gov
    Email: dompark@fdic.gov

DATED: December 11, 2024