## UNITED STATES DISTRICT COURT
## FOR DISTRICT OF KANSAS

**CBW BANK,** a Kansas State Chartered Bank**,**

    **Plaintiff,**

        v.

The **FEDERAL DEPOSIT INSURANCE CORPORATION**; **JENNIFER WHANG**, in her official capacity as an ALJ of OFIA; and **C. SCOTT MARAVILLA**, in his official capacity as an ALJ of OFIA,

    **Defendants.**

Case No. 24-2535-DDC-BGS

### UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Plaintiff CBW Bank ("CBW"), under D. Kan. Rule 7.1(d) and with Defendants' consent, respectfully moves for an order granting it leave to exceed D. Kan. Rule 7.1(d)'s 15-page limit. CBW specifically requests an additional five pages in order to file a consolidated, 20-page response and reply to Defendants' "Combined Opposition to Motion for Preliminary Injunction and Motion to Dismiss" (Doc. 13). In support of this modest and unopposed request, CBW states:

    1.    On November 19, 2024, CBW filed its Complaint for Declaratory and Injunctive Relief (Doc. 1) and a separate Motion for Preliminary Injunction (Doc. 2).

    2.    On December 11, 2024, Defendants moved to exceed D. Kan. Rule 7.1(d)(3)'s 15-page limit to file a single, "20-page response to [CBW's] motion for preliminary injunction and a motion to dismiss." Doc. 10. The Court granted Defendants' motion, and, in turn, they filed a 20-page "Combined Opposition to Motion for Preliminary Injunction and Motion to Dismiss" (Doc. 13) on December 20, 2024.

    3.    CBW's current deadline to oppose Defendants' Motion to Dismiss and to submit a reply in support of its Motion for Preliminary Injunction is January 15, 2025. Doc. 8.

4. Like Defendants, CBW seeks leave to file one, 20-page brief in support of its Motion for Preliminary Injunction and in opposition to Defendants' Motion to Dismiss. CBW submits that submission will allow it to adequately and efficiently address the issues Defendants raised in their December 20, 2024 combined opposition and motion (Doc. 13) while, at the same time, making it easier for the Court to reach a decision on those matters by, among other things, reducing the number of documents on its docket for review.

5. Before filing this Motion, counsel for CBW conferred with Defendants' counsel, who does not oppose this request.

WHEREFORE, Plaintiff CBW respectfully requests that the Court grant this Unopposed Motion and enter an order allowing it an additional five pages for its forthcoming consolidated reply in support of its Motion for Preliminary Injunction and opposition to Defendants' Motion to Dismiss.

Dated: January 10, 2025            Respectfully submitted,

**BERKOWITZ OLIVER LLP**

/s/ Carson M. Hinderks
Anthony J. Durone (KS Bar # 17492)
Carson M. Hinderks (KS Bar # 25079)
2600 Grand Boulevard, Suite 1200
Kansas City, MO  64108
Telephone: 816.561.7007
Fax:  816.561.1888
adurone@berkowitzoliver.com
chinderks@berkowitzoliver.com

**MORGAN LEWIS & BOCKIUS LLP**

Allen H. Denson (admitted *pro hac vice*)
D.C. Bar No.: 999210
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004-2541
allen.denson@morganlewis.com
Tel: (202) 739-3000

Fax: (202) 739-3001

Daniel B. Tehrani (admitted *pro hac vice*)
N.Y. Bar No.: 4422945
101 Park Ave
New York, NY 10178-0060
daniel.tehrani@morganlewis.com
Tel: (212) 309-6150
Fax: (212) 309-6001

Catherine L. Eschbach (admitted *pro hac vice*)
TX Bar No.: 24097665
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5006
catherine.eschbach@morganlewis.com
Tel: (713) 890-5719
Fax: (713) 890-5001

*Attorneys for CBW Bank*

## CERTIFICATE OF SERVICE

I certify that on January 10, 2025, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Carson M. Hinderks
*Attorney for Defendant*