UNITED STATES DISTRICT COURT
FOR DISTRICT OF KANSAS

| | |
|---|---|
| **CBW BANK,** a Kansas State Chartered Bank**,**<br><br>      **Plaintiff,**<br><br>                    v.<br><br>The **FEDERAL DEPOSIT INSURANCE CORPORATION**; **JENNIFER WHANG**, in her official capacity as an ALJ of OFIA; and **C. SCOTT MARAVILLA**, in his official capacity as an ALJ of OFIA,<br><br>      **Defendants.** | Case No. 24-cv-2535-DDC-BGS |

## JOINT STATUS REPORT

On January 7, 2025, the Court issued an Order (Doc. 14) directing the parties to file a joint status report recommending how the case should proceed in light of CBW Bank's pending Motion for a Preliminary Injunction (Doc. 2) and Defendants' pending Motion to Dismiss (Doc. 13) (collectively, "the Motions").

Pursuant to that Order, the parties conferred and jointly recommend that the Court stay all pretrial matters in this action pending resolution of the Motions. They further recommend that, if necessary, the Court set a Scheduling Conference to set a case schedule and pretrial deadlines after it resolves the Motions.

1

Date: January 21, 2025

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

*/s/ Anthony J. Durone*
Anthony J. Durone (KS Bar # 17492)
Carson M. Hinderks (KS Bar # 25079)
2600 Grand Boulevard, Suite 1200
Kansas City, MO  64108
Telephone:  (816) 561-7007
Fax:  (816) 561-1888
adurone@berkowitzoliver.com
chinderks@berkowitzoliver.com

**MORGAN LEWIS & BOCKIUS LLP**

Allen H. Denson (*pro hac vice*)
D.C. Bar No.: 999210
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004-2541
allen.denson@morganlewis.com
Tel: (202) 739-3000 / Fax: (202) 739-3001

Daniel B. Tehrani (*pro hac vice*)
N.Y. Bar No.: 4422945
101 Park Ave
New York, NY 10178-0060
daniel.tehrani@morganlewis.com
Tel: (212) 309-6150 / Fax: (212) 309-6001

Catherine L. Eschbach (*pro hac vice*)
TX Bar No.: 24097665
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5006
catherine.eschbach@morganlewis.com
Tel: (713) 890-5719 / Fax: (713) 890-5001

*Attorneys for Plaintiff CBW Bank*

**FEDERAL DEPOSIT INSURANCE CORPORATION**
Andrew Dober
Senior Counsel

*/s/ Erik Bond*
Erik Bond, N.Y. Bar Reg. 4316030
District of Kansas Bar No. 79224
Counsel
Dominique Park, WSBA Bar No. 38925
District of Kansas Bar No. 79196
Senior Attorney
3501 Fairfax Drive
Arlington, VA 22226-3500
Telephone:  (703) 562-6477
Fax:  (703) 562-2477
erbond@fdic.gov
dompark@fdic.gov

*Attorneys for Defendant Federal Deposit Insurance Corporation*

**CERTIFICATE OF SERVICE**

I certify that on January 21, 2025, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Anthony J. Durone*
*Attorney for CBW Bank*