# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

**CBW BANK,**

       **Plaintiff,**

v.                                                        Case No. 24-2535-DDC-BGS

**FEDERAL DEPOSIT INSURANCE**
**CORPORATION,**
**JENNIFER WHANG,**
**C. SCOTT MARAVILLA,**

       **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**Plaintiff shall take nothing and this action is dismissed consistent with the Memorandum and Order (Doc. 35) filed on March 3, 2025.**

    03/03/2025                                                 SKYLER B. O'HARA
         Date                                                    CLERK OF THE DISTRICT COURT

                                                                             by:    s/ Megan Garrett
                                                                                       Deputy Clerk